FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) Case No. SA CR 15-00042-AG |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER<br>) HEARING [Fed. R. Crim. P. 32.1(a)(6); 18<br>) U.S.C. § 3143(a)] |
| v. | ) |
| EDWARD VACA, | ) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*No bail resources; use of multiple identifiers; instant allegations suggest lack of amenability to supervision.*

1  and

2  B. ( X ) The defendant has not met his burden of establishing by clear and convincing
3  evidence that he is not likely to pose a danger to the safety of any other person or the
4  community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:
5  *Instant allegations suggest lack of amenability to supervision.*

6  IT THEREFORE IS ORDERED that the defendant be detained pending further
7  revocation proceedings.

8
9  Dated: 5/18/2015

10
11
12  DOUGLAS F. McCORMICK
    United States Magistrate Judge