

FILED
CLERK, U.S. DISTRICT COURT
DEC 22 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  PLAINTIFF  v.  Edward Salvador Vaca  DEFENDANT(S). | CASE NUMBER  SACR15-42-AG  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12/23/15__, _____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Karen E. Scott__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __12/22/15__

_____ KAREN E. SCOTT
U.S. District Judge/Magistrate Judge