```
                FILED
        CLERK, U.S. DISTRICT COURT

              MAR - 3 2017

        CENTRAL DISTRICT OF CALIFORNIA
        BY              DEPUTY
```

"\O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-42-AG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| v. | |
| EDWARD SAVLADOR VACA, | |
| Defendant. | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Prior supervised release revocation, nature of current allegations, including failures to appear for testing and group counseling, no stated bail resources*

and

B. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Prior supervised release revocation, nature of current allegations, including failures to appear for testing and group counseling, no stated bail resources*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated:  3-3-17

JOHN D. EARLY
United States Magistrate Judge